UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT BANKS,<br><br>                      Plaintiff,<br><br>v.<br><br>RIGOBERTO'S TACO SHOP, INC., et al.,<br><br>                      Defendant. | Case No.: 18cv584-LAB (BLM)<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS** |

      Plaintiff Dwight Banks, proceeding through counsel, filed his complaint, along with a motion to proceed *in forma pauperis* ("IFP").

      The IFP motion says Banks has zero years of schooling and his only income is $826 per month in disability. It says he doesn't own a home or spend any money on rent, and no one is providing him with anything of value. He says he has no assets of any kind, including cash.

      Yet it also says he spends $268 per month on utilities, and $10 per month on homeowner's or renter's insurance. It isn't clear how he can have utility bills and be paying for homeowner's or renter's insurance if he neither owns a home nor rents one. There may be an explanation for this, but the onus is on Banks to provide it.

The IFP motion is **DENIED**. Within **21 calendar days of the date this order is issued**, he may file a renewed motion providing the missing information. If he does not do this within the time permitted, this action will be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED**.

Dated: July 16, 2018

_____
Hon. Larry Alan Burns
United States District Judge