# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT BANKS,<br><br>                  Plaintiff,<br>v.<br>RIGOBERTO'S TACO SHOP, INC., et al.,<br><br>                  Defendant. | Case No.: 18cv584-LAB (BLM)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 19) is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

Dated: January 16, 2019

_____
Hon. Larry Alan Burns
United States District Judge